HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
DONALD WELKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-mj-00001-DB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| DONALD WELKER, | Date:   January 20, 2022 |
| Defendant. | Time:   2:00 p.m. |
| | Judge:  Hon. Deborah Barnes |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Noa Oren, counsel for Donald Welker, that the preliminary hearing scheduled for January 20, 2022 at 2:00 p.m. be continued to **January 25, 2022 at 2:00 p.m.**

Mr. Welker is in isolation and will be unable to attend court on January 20, 2022.  The parties are conducting investigation and conferring about possible pre-indictment resolution of the case, which will require additional time to facilitate.  The parties believe that a continuance of the preliminary hearing will allow necessary time to continue investigation and continue pre-indictment discussions in the anticipation of resolving the case expeditiously.

The parties agree that the ends of justice served by resetting the preliminary hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

In addition, the parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore the magistrate judge may extend the time within which a preliminary hearing must be held under Rule 5.1(c) of the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 5.1(d).

Dated: January 19, 2022                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorney for Defendant
DONALD WELKER

DATED:  January 19, 2022              PHILLIP A. TALBERT
United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

  **IT IS HEREBY ORDERED** that the preliminary hearing scheduled for January 20, 2022, at 2:00 p.m. is continued to **January 25, 2022, at 2:00 p.m.**  The time period between January 20, 2022, at 2:00 p.m. is continued to January 25, 2022 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 19, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE