HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DONALD WELKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00009-KJM |
|---|---|
| Plaintiff, | ) **ORDER GRANTING REQUEST TO FILE UNDER SEAL; EXHIBIT A TO MR. WELKER'S SENTENCING MEMORANDUM** |
| v. | ) |
| DONALD WELKER, | ) Date: August 22, 2022 |
| Defendant. | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Kimberly J. Mueller |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A – medical records of Mr. Donald Welker be granted so that his medical information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

DATED: August 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE